## Commonwealth v. Semple, Appellant.

Submitted December 7, 1972. *Theodore S. Danforth,* Assistant Public Defender, for appellant; *George T. Brubaker,* Assistant District Attorney, and *Richard D. Eckman,* First Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Sharkey, Appellant.

Submitted December 11, 1972. *Andrew G. Gay,* for appellant; *Albert L. Becker, James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.